UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2015 DEC 23 PM 1:30
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | SA: 15-MJ-1071 PMA |
| Plaintiff | ) | <u>I N F O R M A T I O N</u> |
| | ) | |
| v. | ) | [VIO: Title 18, U.S.C., |
| | ) | § 13, Assimilating Texas Penal Code, |
| SANDRA GARCIA, | ) | § 49.04 - Driving While Intoxicated] |
| | ) | |
| Defendant | ) | |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
[Title 18 USC, 13, Assimilating Texas Penal Code § 49.04]

On or about November 26, 2015, at Joint Base San Antonio Lackland, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

**SANDRA GARCIA,**

did then and there operate a motor vehicle in a public place while the said defendant was intoxicated, to wit: by not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or more of those substances, or any other substance into the body, in violation of Title 18, United States Code, § 13, assimilating Texas Penal Code § 49.04.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

SARAH WANNARKA
Assistant United States Attorney

By:   MELANIE MCGHEE
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Lackland AFB, Texas 78236-5158
Tel: 671-3363 – Fax 671-3467
TX BAR 24025644